742

LESTER C. NEWTON TRUCKING COMPANY, INC., Plaintiff-Appellant, *v.* SPECTOR FREIGHT SYSTEM, INC., Defendant-Appellee.

(No. 55809;

First District—May 4, 1972.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

John W. Allen and James G. Mavrias, both of Chicago, for appellant.

Leroy A. Garr, Kenneth Brundage, and Sidney Z. Karasik, all of Chicago, for appellee.